# United States Court of Appeals
## For the First Circuit

---

No. 99-1489

NOEMI RODRIGUEZ,

Plaintiff, Appellant,

v.

ALBERIC COLON, CHRYSLER INTERNATIONAL SERVICES, S.A.,
AND ABC CORPORATION,

Defendants, Appellees.

---

ERRATA

The per curiam of the court issued on March 30, 2000, is corrected as follows:

Page 2, line 12: replace the word "pointed" with "framed."

Page 2, line 25: delete "?"

Page 2, line 26: add "the" before "procedural"

Page 2, line 28: replace the word "it" with "its."